

FILED

APR 2 5 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  KATE L. SCARBOROUGH
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  NO. CR. S-05-0077-DAD
                                   )
12         Plaintiff,               )  GOVERNMENT'S MOTION TO DISMISS
                                   )  INFORMATION AND ORDER
13    v.                           )
                                   )
14 JAMES J. VERMEAL III,           )
                                   )
15         Defendant.              )  DATE: April 19, 2005
                                   )  JUDGE: Hon. Dale A. Drozd
16 _____)

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal

18 Procedure, plaintiff United States of America, by and through its

19 undersigned attorney, hereby moves this Honorable Court for an

20 Order dismissing without prejudice the above-entitled case, NO.

21 CR. S-05-0077-DAD.  The government has been unable to locate the

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

defendant and when the government determines the location of the defendant, it will re-file the Information.

DATED: April 21, 2005

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                         By:        /s/
                             SAMANTHA S. SPANGLER
                             Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: April 25, 2005

*/s/ Dale A. Drozd*
HON. DALE A. DROZD
United States Magistrate Judge

2